[PHILADELPHIA, FEBRUARY 17, 1834.]

## HOUGH, Acting Executor of HOUGH *against* HOUGH and Another.

#### IN ERROR.

A testator, having children living at the time of making his will, and having provided for the issue of those who were deceased, directs the residue of his estate to be divided, on the decease or marriage of a particular daughter, among his "*present* surviving children, and the representatives of those of them that shall be *then* deceased."—*Held,* that the issue of those deceased at the time of making the will, do not participate with the issue of those dead only at the happening of the contingency.

ERROR to the Court of Common Pleas of *Bucks* County.  The defendants in error were plaintiffs, and the plaintiff in error defendant below.

The cause was tried at a special court held by his honour Judge KING.

In giving the opinion of the court, the Chief Justice has fully stated the only question decided.

*J. M. Porter,* for the plaintiff in error.

*W. B. Read,* for the defendants in error.

PER CURIAM.—A testator having children living at the making of his will, and having provided for the issue of those that were deceased, directs the residue of his estate to be divided, on the decease or marriage of a particular daughter, among his " *present* surviving children and the representatives of those of them that shall be *then* deceased;" and the question is, shall the issue of those deceased at the making of

(Hough *v.* Hough and another.)

the will participate with the issue of those dead only at the happening of the contingency ? To state this question is to decide it. To maintain the affirmative, it is necessary to reject the word " present" as irreconcilable to it, and also to dispense with the word " then" as redundant. Retaining these words it is impossible to frame a more precise and explicit exclusion of the issue of children dead at the making of the will than is found in the short and simple expressions of the testator himself. The construction put on these below is therefore not to be sustained.

> Judgment reversed, and judgment rendered for defendants below.